# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

157845

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

DEANNA RAY and All Others Similarly
Situated, a Certified Class,
          Plaintiff-Appellee,

v

CITY OF LANSING,
          Defendant-Appellant.

SC: 157845
COA: 337058
Ingham CC: 13-001242-NZ

_____/

      On order of the Court, the application for leave to appeal the April 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



t1217

Clerk